**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MELODY NIEVIES,

                Plaintiff,                22 **CIVIL** 0440 (JCM)

    -v-                                <u>**JUDGMENT**</u>

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 13, 2022, that the action be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, including the opportunity for hearing and de novo decision, pursuant to the fourth sentence of§ 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:**  New York, New York
          December 13, 2022

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                              **BY:**

                                                              **Deputy Clerk**